UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MALOISH WILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>ELDON VAIL,<br><br>    Defendant. | Case No. C08-5648RBL-KLS<br><br>ORDER DISMISSING COMPLAINT |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's complaint is DISMISSED without prejudice;

(3) The Clerk is directed to terminate this action pursuant to Local Rule CR 41; and

(4) The Clerk is directed to send copies of this Order to plaintiff and the Honorable Karen L. Strombom.

DATED this 23rd day of February, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1