# United States District Court

WESTERN DISTRICT OF WASHINGTON

MALOISH WILSON

**JUDGMENT IN A CIVIL CASE**

v.

ELDON VAIL

CASE NUMBER: C08-5648RBL-KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1.     The Court adopts the Report and Recommendation; and

2.     Plaintiff's complaint is DISMISSED without prejudice.


_____May 26, 2009_____                          _____BRUCE RIFKIN_____
                                                                         Clerk


                                                        _____/s/ Jennie L. Patton_____
                                                                    Deputy Clerk